IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IH-27 INVESTMENTS, LLC, *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-044-Z-BR |
| ACCEPTANCE INDEMNITY INSURANCE COMPANY, | |
| Defendant. | |

## JUDGMENT

The Court entered an order **DISMISSING** Plaintiffs' claims against Defendant **WITH PREJUDICE**.

Judgment is rendered accordingly.

June 16, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE